# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IRA STONE on behalf of himself and all other employees similarly situated,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1086-Orl-31KRS**

**CRISPERS RESTAURANTS, INC., and PUBLIX SUPER MARKETS, INC.,**

        **Defendants.**

_____

## ORDER

Upon consideration of this matter, it is

**ORDERED** that the FLSA scheduling order at Doc. 11 is hereby VACATED.

It is further **ORDERED** that Plaintiff may commence discovery immediately as to whether Publix Super Markets, Inc. may be considered a joint employer or single integrated enterprise with Crispers Restaurants, Inc.

With respect to Publix's Motion to Dismiss (Doc. 7), Plaintiff may file a supplemental memorandum (15 page limit) with supporting documentation on or before January 12, 2007. Said memorandum shall be limited to the issue of whether Publix may be considered as Plaintiff's employer under the FLSA. Publix may file a Reply memorandum (15 page limit) within eleven days thereafter.[1]

---

[1] Note, the Court may construe Defendant's Motion as a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) and convert same to a motion for summary judgment under Rule 56.

In pursuing its claim against Publix, Plaintiff and his counsel should be mindful of 28 U.S.C. Section 1927 and Fed. R. Civ. P. 11.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party